IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RICKY L. DAMON,                                                                PLAINTIFF

v.                                    Case No. 4:06-cv-4112

MICHAEL J. ASTRUE, Commissioner                                  DEFENDANT
Social Security Administration

**J U D G M E N T**

Now on this 8th day of January 2008, comes on for consideration the Report and Recommendation dated December 17, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  Ten (10) days have passed without objections being filed by the parties.  The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; reverses the decision of the Commissioner, and remands this case to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g) (2006).

IT IS SO ORDERED.

/s/   Harry F. Barnes
HON. HARRY F. BARNES
UNITED STATES DISTRICT JUDGE